**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 17 2017 ★

LONG ISLAND OFFICE

------------------------------X

United States of America

 -against-

Brian Dement

------------------------------X

**ORDER**

16-CR-0268 (LDW)(SIL)

 

The above-named defendant pleaded **GUILTY** before United States Magistrate Judge Steven I. Locke on 10/18/2017. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds that the defendant's guilty plea was entered voluntarily and intelligently, and that he fully understands his rights and the consequences of his plea, and that there is a factual basis for the plea.

Therefore, it is hereby ordered that the defendant's guilty plea is accepted.

 

**SO ORDERED:**

_____
Leonard D. Wexler
Senior U.S.D.J.

Dated: **11** / **17** /2017
      Central Islip, New York